FILED: August 18, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1149
(5:14-cv-00451-FL)
(13-00713-8-SWH)
(13-00094-8-SWH)

_____

DEREK & MATTHEW BISSETTE FARMS; BRANTLEY FARMS, INC.; ERW FARMS, LLC; NICHOLS & NICHOLS FARMS, INC.; ROCK RIDGE FARMS PARTNERSHIP

   Plaintiffs - Appellants

v.

BISSETT PRODUCE, INC.; AGCAROLINA FARM CREDIT, ACA

   Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK